**Order entered June 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00295-CV

**IN THE INTEREST OF E.B., A CHILD**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-03980 U**

## ORDER

We **GRANT** appellant's June 13, 2014 second motion for extension of time and **ORDER**

the brief be filed no later than July 3, 2014.  Appellant is cautioned that no further extensions

will be granted absent exigent circumstances.


/s/      ELIZABETH LANG-MIERS
         JUSTICE